UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AMANDA CARTER,

      Plaintiff,

-v-

FAST PAYDAY LOANS OF OHIO,
LLC, et al.,

      Defendants.

Case No. 3:08-CV-250

Judge Thomas M. Rose

---

**ENTRY AND ORDER GRANTING DEFENDANT'S MOTION TO STAY (Doc. #3) AND A. O. PROCESSING CASE DUE TO FILING OF BANKRUPTCY**

---

Now before the Court is a Motion To Stay filed by Defendants Fast Payday Loans of Ohio, LLC and Heather Allen (collectively the "Defendants"). (Doc. #3.) Plaintiff Amanda Carter ("Carter") has not responded to this Motion.

The Defendants argue that this matter should be stayed because Carter has filed for bankruptcy and Carter's attorney in this matter has not been appointed by the Bankruptcy Court as counsel for Carter in this action. Carter's Application To Employ Special Counsel for Fair Labor Standards Act Claim is, however, pending in her bankruptcy case filed in the United States Bankruptcy Court, Southern District of Ohio, Western Division At Dayton. Bankruptcy Case No. 3:07-bk-30061, doc. #61.

Therefore, the above captioned case is found to be suitable for administrative processing pending bankruptcy proceedings. This stay may be lifted upon motion by Carter for good cause shown including the appointment of special counsel to proceed in this matter. Counsel for Carter is ordered to provide written status reports to the Court every 6 months with the first report due 6

months from entry of this Order.

      **DONE** and **ORDERED** in Dayton, Ohio this Twenty-Second day of October, 2008.

                                              **s/Thomas M. Rose**
                                      _____
                                              THOMAS M. ROSE
                                         UNITED STATES DISTRICT

JUDGE

Copies furnished to:

Counsel of Record